**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 12, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                           Case Number:

WILLIAM E. DUGAN, et al.
        v.
LATIN LANDSCAPER'S INC., an Illinois corporation, and
LATIN PAVERS, INC., an Illinois corporation

**07 C 6970**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILLIAM E. DUGAN, et al., Plaintiffs herein

J. N.   **JUDGE NORDBERG**
        **MAGISTRATE JUDGE VALDEZ**

| |
|---|
| NAME (Type or print) <br> Cecilia M. Scanlon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Cecilia M. Scanlon |
| FIRM <br> Baum Sigman Auerbach & Neuman, Ltd. |
| STREET ADDRESS <br> 200 W. Adams Street, Suite 2200 |
| CITY/STATE/ZIP <br> Chicago, IL  60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204026 | 312/236-4316 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐