## *United States District Court for the Northern District of Illinois*

Case Number: 07cv6970                    Assigned/Issued By: j. n.

Judge Name: NORDBERG                     Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350 _____     Receipt #: 2395323 _____

Date Payment Rec'd: 12-12-07 _____     Fiscal Clerk: J. N. _____

---

### ISSUANCES

☑ Summons                                   ☐ Alias Summons

☐ Third Party Summons                       ☐ Lis Pendens

☐ Non Wage Garnishment Summons              ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons        _____

☐ Citation to Discover Assets               _____

☐ Writ _____                (Victim, Against and $ Amount)
    (Type of Writ)

1 Original and 1 _____ copies on 12-12-07 _____ as to LATIN LANDSCAPER'S _____
                                    (Date)
INC. _____

_____