IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 07 C 6970 |
| | ) | |
| LATIN LANDSCAPER'S INC., an Illinois | ) | JUDGE JOHN A. NORDBERG |
| corporation, and LATIN PAVERS, INC., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND FOR AN ORDER
DIRECTING DEFENDANT TO TURN OVER
MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing LATIN LANDSCAPER'S INC., an Illinois corporation, and LATIN PAVERS, INC., an Illinois corporation, Defendants herein, to turn over:

(1) Series 2100 reports for May 2007, November 2007;

(2) Series 6101 Plantsman pension reports for December 2004;

(3) Series 6504 Plantsman CRF reports for May 2007, November 2007, and December 2007;

(4) Series 8303 Plantsman welfare single and family reports for April 2007, July 2007, November 2007, December 2007, and January 2008; and,

(5) Series 8304 Plantsman welfare single and family reports for April 2007, July 2007, November 2007, December 2007, and January 2008

said reports being required pursuant to the Agreements and Declarations of Trust to which Defendants is bound, said Defendants having failed to answer or otherwise plead to the Complaint and the monthly contribution reports being required in order to liquidate Plaintiffs' claims.

– 2 –

On December 17, 2007, the Summonses and Complaints were served on the Registered Agent for Latin Landscaper's, Inc. and Latin Pavers, Inc. (by tendering a copy of said documents to Leslie Ayale) at his place of business (copies of the Summonses and Affidavits of Service are attached hereto). Therefore, Defendants' answers were due on January 7, 2008. As Defendants have failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Latin\motion for default and reports.bpa.df.wpd

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Order for Reports) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 16th day of January 2008:

> David A. Gonzalez, Registered Agent
> Latin Landscaper's Inc.
> 2617 Chicago Road
> S. Chicago Heights, IL 60411
>
> David A. Gonzalez, Registered Agent
> Latin Pavers, Inc.
> 2617 Chicago Road
> S. Chicago Heights, IL 60411

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Latin\motion for default and reports.bpa.df.wpd