IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 07 C 6970 |
| ) | |
| LATIN LANDSCAPER'S INC., an Illinois ) | JUDGE JOHN A. NORDBERG |
| corporation, and LATIN PAVERS, INC., ) | |
| an Illinois corporation, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF COOK    )

DAVID S. BODLEY, being first duly sworn upon his oath, deposes and states:

1. He is now, and has since the first day of May, 1999, been employed by the Trustees of the Midwest Operating Engineers Fringe Benefit Funds as administrative manager, and in such capacity, has personal knowledge of the matters hereinafter set forth and if called as a witness in the instant proceedings is competent to testify in respect thereto.

2. He has read the Complaint filed in this cause, and knows of his own personal knowledge the contents of the collective bargaining agreements and Agreements and Declarations of Trust and all facts alleged therein, and if called and sworn as a witness is competent to testify thereto.

3. He is charged with keeping and maintaining records of contributions received by the Plaintiff Funds, maintains individual records on each person, firm and corporation required to make contributions to said Plaintiff Funds, receives and records

persons, firms or corporations, and has under his supervision and direction all books, records, documents and papers relating to such Plaintiff Funds.

4. He has examined the accounts of Defendants in the above-entitled cause, and states that said Defendants:

a. are required to submit monthly contribution reports accompanied by payment of fringe benefit contributions, under the terms of written agreements specifying and describing such obligation;

b. have failed to submit to Plaintiffs the monthly contribution reports and contributions required of them, or all of them, despite repeated notification from his office to said Defendants of such delinquency.

5. Because of the Defendants' failure to submit the required monthly contribution reports, Affiant is unable to determine the amounts, if any, that may be due and owing to Plaintiffs.

6. That he is duly authorized by Plaintiffs in the making of this Affidavit, has personal knowledge of the matters set forth above, and if called as a witness is competent to testify thereto.

7. That he makes this Affidavit in support of the application of Plaintiffs for entry of default and for an order requiring Defendants to turn over:

(1) Series 2100 reports for May 2007, November 2007;

(2) Series 6101 Plantsman pension reports for December 2004;

(3) Series 6504 Plantsman CRF reports for May 2007, November 2007, and December 2007;

(4) Series 8303 Plantsman welfare single and family reports for April 2007, July 2007, November 2007, December 2007, and January 2008; and,

(5) Series 8304 Plantsman welfare single and family reports for April 2007, July 2007, November 2007, December 2007, and January 2008

and requests that this Court consider it as proof in support of the allegations contained in the Complaint and such other facts as herein set forth.

FURTHER AFFIANT SAYETH NOT.

_____
DAVID S. BODLEY

SUBSCRIBED AND SWORN
TO before me this ___14___
day of January 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JUDY D'ANTONIO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/11

J:\MOBJ\Latin\bodley affidavit.bps.df.wpd

## CERTIFICATE OF SERVICE

    The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Affidavit of David S. Bodley) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 16th day of January 2008:

        David A. Gonzalez, Registered Agent
        Latin Landscaper's Inc.
        2617 Chicago Road
        S. Chicago Heights, IL 60411

        David A. Gonzalez, Registered Agent
        Latin Pavers, Inc.
        2617 Chicago Road
        S. Chicago Heights, IL 60411

                                            /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Latin\bodley affidavit.bpa.df.wpd