## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John A. Nordberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6970 | **DATE** | 1/23/2008 |
| **CASE TITLE** | FLORES vs. TASTE OF HEAVEN, ET AL | | |

**DOCKET ENTRY TEXT**

Enter order. MOTION by Plaintiffs Steven M Cisco, John E. Kenny, Jr, David Fagan, Mamon Powers, Jr, Mike Piraino, William E. Dugan, Glen Weeks, James M Sweeney, Marshall Douglas, Midwest Operating Engineers Welfare Fund, LaVerne S. Brown, Angelo A DiPaolo, Mike Larson, James McNally, Midwest Operating Engineers Pension Trust Fund, David Rock, David Snelten, Daniel R Plote, Martin Turek, Operating Engineers Local 150 Apprenticeship Fund, Local 150, I.U.O.E., Vacation Savings Plan for entry of default and for an order directing defendant to turn over monthly fringe benefit contribution reports [11] is granted. Status hearing set for 2/20/2008 at 02:30 PM.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | TP |
|---|---|---|