IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 07 C 6970 |
| | ) | |
| LATIN LANDSCAPER'S INC., an Illinois | ) | JUDGE JOHN A. NORDBERG |
| corporation, and LATIN PAVERS, INC., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendants, LATIN LANDSCAPER'S INC., an Illinois corporation, and LATIN PAVERS, INC., an Illinois corporation, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendants having been taken, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendants are bound by the terms of the collective bargaining agreements referred to in the Complaint of Plaintiffs.

3. The Defendants are obligated to make contributions to each of the Plaintiff Funds in accordance with collective bargaining agreements.

4. The Defendants are bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5. Pursuant to such Agreements and Declarations of Trust, Defendants are required to submit monthly contribution reports to the Plaintiffs that indicate all employees of the Defendants covered by the collective bargaining agreements referred to in the Complaint, and the number of hours worked or paid for pursuant to the terms of the collective bargaining agreements referred to herein.

6. Defendants have failed to submit all monthly fringe benefit contribution reports as follows:

(1) Series 2100 reports for May 2007, November 2007;

(2) Series 6101 Plantsman pension reports for December 2004;

(3) Series 6504 Plantsman CRF reports for May 2007, November 2007, and December 2007;

(4) Series 8303 Plantsman welfare single and family reports for April 2007, July 2007, November 2007, December 2007, and January 2008; and,

(5) Series 8304 Plantsman welfare single and family reports for April 2007, July 2007, November 2007, December 2007, and January 2008

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A. That Defendants submit their monthly fringe benefit contribution reports:

(1) Series 2100 reports for May 2007, November 2007;

(2) Series 6101 Plantsman pension reports for December 2004;

(3) Series 6504 Plantsman CRF reports for May 2007, November 2007, and December 2007;

(4) Series 8303 Plantsman welfare single and family reports for April 2007, July 2007, November 2007, December 2007, and January 2008; and,

(5) Series 8304 Plantsman welfare single and family reports for April 2007, July 2007, November 2007, December 2007, and January 2008

within fourteen (14) days of the entry of this Order, and that the Court enter judgment against Defendants after Plaintiffs determine the amount due from Defendants.

   B.  The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order and entering judgment against Defendants.

          ENTER:

          _____
          UNITED STATES DISTRICT JUDGE

DATED: January 23, 2008

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

C:\Temp\Temporary Directory 1 for ATTACH.ZIP\order for reports.bpa.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Order) to be served upon:

        David A. Gonzalez, Registered Agent
        Latin Landscaper's Inc.
        2617 Chicago Road
        S. Chicago Heights, IL 60411

        David A. Gonzalez, Registered Agent
        Latin Pavers, Inc.
        2617 Chicago Road
        S. Chicago Heights, IL 60411

by U.S. Mail on or before the hour of 5:00 p.m. this 16th day of January 2008.

                                                      /s/   Beverly P. Alfon_____

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

C:\Temp\Temporary Directory 1 for ATTACH.ZIP\order for reports.bpa.df.wpd