IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 07 C 6970 |
| | ) | |
| LATIN LANDSCAPER'S INC., an Illinois | ) | JUDGE JOHN A. NORDBERG |
| corporation, and LATIN PAVERS, INC., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: David A. Gonzalez, Registered Agent   David A. Gonzalez, Registered Agent
      Latin Landscaper's Inc.                          Latin Pavers, Inc.
      2617 Chicago Road                              2617 Chicago Road
      S. Chicago Heights, IL 60411          S. Chicago Heights, IL 60411

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **30th** day of **April 2008** at **2:30 p.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable John a Nordberg, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1801, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Judgment. A copy of said motion is hereby served upon you.

                                                                  /s/   Beverly P. Alfon

## CERTIFICATE OF SERVICE

    The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 23rd day of April 2008:

        David A. Gonzalez, Registered Agent
        Latin Landscaper's Inc.
        2617 Chicago Road
        S. Chicago Heights, IL 60411

        David A. Gonzalez, Registered Agent
        Latin Pavers, Inc.
        2617 Chicago Road
        S. Chicago Heights, IL 60411


                                                              /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Latin\notice of motion-judgment.bpa.df.wpd