IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, DAVID SNELTEN, STEVEN M. CISCO, JOHN E. KENNY, JR., DAVID FAGAN, MAMON POWERS, JR., MIKE PIRAINO, GLEN WEEKS, JAMES M. SWEENEY, AND MARSHALL DOUGLAS, AS TRUSTEES OF THE MIDWEST OPERATING ENGINEERS WELFARE FUND, ETAL, <br><br> PLAINTIFFS, <br> v. <br><br> LATIN LANDSCAPER'S, INC., AN ILLINOIS CORPORATION, AND LATIN PAVERS, INC., AN ILLINOIS CORPORATION, <br> DEFENDANTS. | CASE NO. 07 C 6970 <br><br> JUDGE NORDBERG <br><br><br> MAGISTRATE JUDGE VALDEZ |

**DEFENDANTS' MOTION FOR LEAVE TO FILE APPEARANCE**

Now Comes the Defendants, Latin Landscaper's, Inc. and Latin Pavers, Inc., by and through their attorney, Mark Hansen of Graefe & Hansen, and request leave to file their Appearance, *instanter*.

1. This is a dispute in which Plaintiffs assert a claim arising under the Employment Retirement Income Security Act.

2. Defendants have a meritorious defense to the claims alleged in Plaintiffs' Complaint, but their financial situation had prevented them from retaining counsel to defend them in this matter within the time period required for them to respond.

3. The undersigned counsel is prepared to file his Appearance, *instanter*, and requests this Court to grant such leave, and to vacate any defaults entered against Defendants in this matter.

4. Counsel for Defendants further requests fourteen (14) days to file an Answer to this Complaint.

Wherefore, Defendants respectfully request leave to file their Appearance, *instanter*, fourteen (14) days to file their Answer and for other further relief deemed reasonable and just.

Respectfully Submitted,

By: _____s/Mark Hansen_____
Mark Hansen, Attorney for Defendants

Mark Hansen
Anthony S. Graefe
Graefe & Hansen, Ltd.
55 West Monroe, Suite 3550
Chicago, IL 60603
(312) 236-0177