IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, ET. AL.<br><br>PLAINTIFFS,<br>v.<br><br>LATIN LANDSCAPER'S, INC., AN ILLINOIS CORPORATION, AND LATIN PAVERS, INC., AN ILLINOIS CORPORATION,<br><br>DEFENDANTS. | CASE NO. 07 C 6970<br><br>JUDGE NORDBERG<br><br>MAGISTRATE JUDGE VALDEZ |

To:   Catherine M. Chapman
      Beverly P. Alfon
      Cecilia M. Scanlon
      BAUM SIGMAN AUERBACH & NEUMAN, LTD.
      200 West Adams Street, Suite 2200
      Chicago, IL 60606
      (312) 236-4316

### NOTICE OF MOTION

Please take notice that on Thursday, May 22, 2007, at 2:30 p.m., the undersigned will appear before the Honorable John A. Nordberg in room 1801 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois and then and there present the attached Motion for Leave to File Appearance, *instanter*.

Respectfully Submitted,

By:   _____s/Mark Hansen_____
      Mark Hansen, Attorney for
      Latin Pavers, Inc.

Mark Hansen
Anthony S. Graefe
Graefe & Hansen, Ltd.
55 West Monroe, Suite 3550
Chicago, IL 60603
(312) 236-0177

### CERTIFICATE OF SERVICE

I, Mark Hansen, an attorney, state that I caused the attached document to be served upon the above mentioned person via electronic delivery by CM/ECF on this the 20th day of May, 2008.

_____S/Mark Hansen_____