UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

William E. Dugan, et al.
                              Plaintiff,

v.                                                      Case No.: 1:07−cv−06970
                                                      Honorable John A. Nordberg

Latin Landscaper's Inc., et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

     MINUTE entry before the Honorable John A. Nordberg:Motion for default judgment [19]is withdrawn. Plaintiff's oral motion for leave to file an amended complaint within two weeks is granted. MOTION by Defendants Latin Landscaper's Inc., Latin Pavers, Inc. to file appearance is (Hansen, Mark) [22] granted. Motion hearing held on 5/22/2008 regarding motion for judgment, [19], motion to file appearance instanter[22]. Status hearing set for 9/25/2008 at 2:30 PM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.